# Order

Michigan Supreme Court
Lansing, Michigan

September 15, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127440-41

LISA SMITH, as Next Friend of EMILY SMITH,
a minor, KAREN SMALL, as Next Friend of
JESSICA SMALL, a minor, MELISSA WILSON,
as Next Friend of KAYLA WILSON, a minor,
PEGGY HALL, as Next Friend of TERESA HALL,
a minor, DIANN WILLIAMS, as Next Friend of
BRIANNA WILLIAMS, a minor, LARRY SMITH,
as Next Friend of HEIDIE STECK, a minor,
MICHELLE COLE, as Next Friend of JESSICA COLE,
a minor, and CHRISTIAL SIERRA, as Next Friend of
LATISHA SIERRA and ANGELINA SIERRA, minors,
           Plaintiffs-Appellees,

v

CAPTAIN RANDALL VANLANDINGHAM,
and CAPTAIN KAREN VANLANDINGHAM,
           Defendants-Appellees,

and

THE SALVATION ARMY,
           Defendant-Appellant.

_____

SC: 127440
COA: 255488
Shiawassee CC: 02-007944-NI

HOLLY RAMOS, as Next Friend of TAYLOR
RAMOS, a minor,
           Plaintiff-Appellee,

v

CAPTAIN RANDALL VANLANDINGHAM,
and CAPTAIN KAREN VANLANDINGHAM,
           Defendants-Appellees,

and

SC: 127441
COA: 258006
Shiawassee CC: 03-009235-NO

THE SALVATION ARMY,

               Defendant-Appellant.

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2006                          _____

s0912                                               Clerk